```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
```

| | |
|---|---|
| ROBBIN WATKINS )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>KILOLO KIJAKAZI, )<br>*Acting Commissioner of Social Security,* )<br>      Defendant. )<br> ) | **JUDGMENT**<br><br>Case No. 5:20-CV-513-KS |

## Decision by Court.

This action came before the Court for consideration of the parties' Consent Motion to Remand Case [DE-25.]

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Motion to Remand Case [DE-25], reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on **August 30, 2021,** with electronic service upon:

**Derrick Arrowood -** *Counsel for Plaintiff*
**Wanda Mason-** *Counsel for Defendant*

                                  **PETER A. MOORE, JR.,**
                                  CLERK, U.S. DISTRICT COURT

DATE: August 30, 2021                /s/ *Shelia Foell*
                                           (By): Shelia Foell, Deputy Clerk of Court